UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD STROUD, | ) | Case No. CV 12-6214 R (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CORRECTIONS OFFICER K. NEVILLE, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: Sept. 19, 2012_           _____

                                HON. MANUEL L. REAL
                                UNITED STATES DISTRICT JUDGE